# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

United States of America )
v. )
LaTroy Terrill Eady )  Case No: CR405-00182-001
) USM No: 12404-021
Date of Previous Judgment: January 5, 2006 ) William G. Bell, III
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

2008 MAY 29 AM 10: 17

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___72___ months **is reduced to** ___66 months___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 25        Amended Offense Level: 23
Criminal History Category: III    Criminal History Category: III
Previous Guideline Range: 70 to 87 months    Amended Guideline Range: 57 to 71 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated January 5, 2006, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 29, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title

Effective Date: _____
(if different from order date)